## (October 14, 1940.)

In the Matter of ESTHER INSEL (Also Known as ESTHER INSEL PALEY).— Motion for leave to appeal to the Court of Appeals denied., Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

## (October 18, 1940.)

CORPORATION REALTIES, LIMITED, a New York Corporation, Respondent, v. THE TEXAS COMPANY, a Delaware Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and dismiss complaint and grant judgment for defendant on counterclaim.

CITIZENS SAVINGS BANK and G. ALBERT BAUMANN, Appellants, v. HARRY K. JACOBS, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

JAMES MURPHY and Others, Appellants, and Others, Plaintiffs, v. PATRICK HIGGINS and Others, Respondents, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY WEDERMAN, Appellant.— Judgment reversed and the information dismissed on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Martin, P. J., and Cohn, J., dissent and vote to affirm.

JACK ROUM, Respondent, v. SIRIO MORELLI and Others, Defendants, Impleaded with "RICHARD ROE" [JAMES J. CORRADO], as President of the New York Joint Board Shirt and Boys' Blouse Makers' Union, Amalgamated Clothing Workers of America, an Unincorporated Association, etc., and ALEX COHEN, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

142 EAST 79TH STREET CORPORATION, Respondent, v. CAMPBELL LOCKE and RALPH C. MASON, as Executors, etc., of EILA McKEE, Deceased, Appellants.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.